IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 07 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| PAULINE R. MCFARLANE, | ) |
| Plaintiff, | ) |
| v. | ) |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | ) CIVIL ACTION NO.: 7:12-cv-00605 |
| MEDICAL SALES MANAGEMENT, INC., | ) |
| and | ) |
| BARRY J. CADDEN, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendant, Barry J. Cadden's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant Barry J. Cadden hereby must answer or otherwise move with respect to Plaintiff's Complaint by April 8, 2013.

_____
The Honorable James C. Turk